| 83 | 465 |
| 44a | 188 |
| 83 | 465 |
| 168 | 640 |
| 168 | 641 |
| 168 | 645 |

ERSKINE, *Appellant*, v. PECK.

**Corporation:** STOCKHOLDER. One who surrenders to a corporation stock issued to him as "full paid" but for which he has paid nothing, and which stock the corporation issues for value to *bona fide* subscribers, is not liable as a stockholder to one who becomes a creditor of the corporation long subsequent to such surrender.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Klein & Fisse* and *Hayden & Glover* for appellant.

*C. H. Krum* and *Smith & Harrison* for respondent.

HENRY, C. J.—This cause is here on appeal from the St. Louis court of appeals, and is reported in 13 Mo. App. Rep. 280. The case, as stated by the court of appeals, we think, is correctly determined. Appellant's counsel, however, insist that the opinion of the court of appeals is not based upon a true statement of the case. I have examined their abstract with some care, and am satisfied that the court of appeals has stated the case as the circuit court must have found the facts in order to render its judgment for defendant, and there being suffi-

*This syllabus is taken from 13 Mo. App., p. 280.

cient evidence to warrant such finding, its judgment was properly affirmed by the court of appeals, whose judgment we affirm.